

RECEIVED

OCT 01 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Tsvetana Bombeva
Psc2, Box 6141
APO, AE, 09012
Ph: +49-157-542-64097
Email: bombeva@gmail.com
Pro se

## IN THE UNITED STATES DISTRICT

## COURT FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| JANE DOE | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DR. TROY E. MEINK, SECRETARY OF THE UNITED STATES AIR FORCE, | ) | Case No.: 3:25-cv-00261-SLG CV |
| | ) | |
| COL CELINA NOYES, OFFICER OF THE UNITED STATES AIR FORCE | ) | |
| | | |
| Defendants, | | |

## MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC CASE

## FILING (CM/ECF)

Plaintiff, Jane Doe, proceeding pro se, respectfully moves this Court for permission to file documents electronically in the above-captioned case pursuant to Federal Rule of Civil Procedure 5(d)(3)(B) and Local Rules of this Court.

In support of this motion, Plaintiff states:

1.  Plaintiff is a resident of Alaska but is currently residing in Germany under NATO

orders.

2. Because of Plaintiff's overseas location, it is impractical, prohibitively expensive, and extremely slow to submit filings by mail from Germany to Alaska.

3. Plaintiff has reliable access to a computer with internet service and the ability to convert documents into PDF format.

4. Plaintiff has an active email account that will be used to send and receive electronic filings and court notices.

5. Plaintiff agrees to comply with all rules and procedures governing electronic filing, including maintaining current contact information with the Court and regularly checking the electronic docket and email notifications.

6. Allowing Plaintiff to participate in CM/ECF will promote efficiency, reduce costs, and facilitate timely communication with the Court and Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and authorize Plaintiff to file and receive all future filings electronically through CM/ECF in this case.

Respectfully submitted,

Dated: 23 September 2025

Tsvetana Bombeva
Kindsbach, Germany, 66862
Ph: +49-157-542-64097
Email: bombeva@gmail.com