IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE<br><br>    Plaintiff,<br>vs.<br><br>DR. TROY E. MEINK, SECRETARY OF THE UNITED STATES AIR FORCE,<br><br>COL CELINA NOYES, OFFICER OF THE UNITED STATES AIR FORCE<br><br>    Defendants, | Case No. 3:25-cv-00261-SLG |

**RECEIVED DEC 23 2025 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK**

## MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE

COMES NOW the Plaintiff, appearing pro se, respectfully requests this Court for an extension of time to serve the defendants in the above-captioned civil action, which was filed on October 1, 2025.

Pursuant to Federal Rule of Civil Procedure 4(m), defendants must normally be served within 90 days of filing, i.e., by December 29, 2025.

Plaintiff did not receive the initial notice of case filing or the docket number until November 29, 2025, because Plaintiff resides overseas in Germany and receives all U.S. mail through a federal overseas delivery system. Mail delays associated with the recent government shutdown caused significant delivery disruptions, and Plaintiff did not receive the mailed case-opening notification until nearly two months after filing.

As of the date of this Motion, Plaintiff has still not received the summons from the Clerk's Office. Without an issued and signed summons, Plaintiff cannot deliver service under Rule 4(i) on the U.S. Attorney, Attorney General, and Federal Agency Defendant.

Plaintiff resides overseas, which creates unavoidable logistical difficulties in coordinating timely service. Plaintiff is actively attempting to retain a U.S.-based process server and/or legal service provider to complete service promptly upon receipt of the summons. However, service cannot proceed until the summons is physically issued and delivered.

Plaintiff has been diligent and has taken all reasonable steps available from abroad. The delay is entirely outside Plaintiff's control and constitutes good cause for extension under Rule 4(m).

Plaintiff respectfully requests an additional 60 days from the date the Court grants this Motion to complete service of process.

Dated: 9 December 2025

Respectfully submitted,

Jane Doe, Pro se

Address: Psc 2, Box 6141
APO, AE, 09012
Ramstein Air Force Base
Germany

Doe v. Meink et al / 3:25-cv-00261-SLG

Case 3:25-cv-00261-SLG    Document 6    Filed 12/23/25    Page 2 of 3
Page 2 of 2

