IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br>  v.<br><br>TROY E. MEINK and CELINA NOYES,<br><br>    Defendants. | Case No. 3:25-cv-00261-SLG |

## ORDER ON THREE PENDING MOTIONS

Before the Court are three pending motions. At Docket 3 is Plaintiff Jane Doe's Motion for Leave to Participate in Electronic Case Filing (CM/ECF). Second, at Docket 4 is Plaintiff's Motion to Allow Plaintiff to Proceed as "Jane Doe." Third, at Docket 6 is Plaintiff's for Extension of Time to Complete Service. The Court addresses each motion in turn.

### I.   Motion for Electronic Filing at Docket 3

Plaintiff requests the Court grant her permission to file documents in the Court's Case Management/Electronic system ("CM/ECF"), through the Public Access to Court Electronic Records ('PACER") online site using her non-attorney e-filing account.[1] However, pursuant to the Alaska Local Civil Rules, only

---

[1] Docket 3.

registered attorneys—as Officers of the Court—are permitted to file electronically.[2]

While Plaintiff may access public court dockets on-line through the Public Access to Court Electronic Records (PACER) System,[3] the Court does not permit non-attorneys to file documents through PACER. However, Plaintiff's motion at Docket 3 is GRANTED in part because the Court will allow Plaintiff to send and receive filings via email as follows:

Upon completion and submission to the Court of the attached Consent to Procedure for Electronic Filing document, Plaintiff may receive notices of electronic filings at bombeva@gmail.com and may email documents to the Court for filing to newcvcases@akd.uscourts.gov. All documents emailed to the Court must be attached to the email in PDF format and must not exceed 25 pages. Each document must be in accordance with the Federal Rules of Civil Procedure, the Alaska Local Civil Rules, and the Court's "Electronic Filing Procedures Guide"

---

[2] Alaska Local Civil Rule 5.1. *See also* Alaska Local Civil Rule 79.2(c)(1). U.S. District Court for the District of Alaska, Electronic Case Filing Guide, https://www.akd.uscourts.gov/sites/akd/files/ref_atty_electronicpolicy.pdf (last accessed Dec. 31, 2025); PACER, Non-attorney Filers for CM/ECF, https://pacer.uscourts.gov/register-account/non-attorney-filers-cmecf (last accessed Dec. 31, 2025) ("Not all courts accept non-attorney filers and some only accept specific types of non-attorney filers.").

[3] Litigants may also set up their own account for online access to electronic records through the Public Access to Court Electronic Records (PACER) service. If a plaintiff chooses to access court records electronically through PACER, the fee is $0.10 per page retrieved, and the charge for any single document has a cap of $3.00, which is equivalent to 30 pages. PACER, Pricing: how fees work, https://pacer.uscourts.gov/pacer-pricing-how-fees-work (last accessed Dec. 31, 2025). PACER does not charge for access until an account holder accrues charges of more than $30.00 in a quarterly billing cycle. PACER, Pricing Frequently Asked Questions, https://pacer.uscourts.gov/help/faqs/pricing (last accessed Dec. 31, 2025).

available on the Court's website.[4] Documents that do not conform to these requirements may not be docketed.

When a filing is docketed, Plaintiff will receive a Notice of Electronic Filing ("NEF") from the Court that will indicate when that document was filed and the docket number of the document in the electronic case file for the case. Self-represented litigants are not required to conventionally serve a copy of their filings on a party who is represented by counsel and already receiving electronic service. In those instances, a NEF generated by the CM/ECF system will constitute sufficient service. However, if a self-represented defendant appears in this case—either by filing an answer, a motion, or a notice of appearance—Plaintiff must serve each such defendant an exact copy of each document she seeks to file with the Court using conventional methods and file a certificate of service with the Court.[5]

## II. Motion to Allow Plaintiff to Proceed as "Jane Doe" at Docket 4

Plaintiff seeks to proceed under the pseudonym of Jane Doe "to protect herself, her family, and witnesses from harassment and unnecessary invasion of privacy."[6] Plaintiff's motion at Docket 4 is GRANTED as follows:

During the pre-trial proceedings in this litigation and in any public filing, the Parties will either redact Plaintiff's identity or use the pseudonym "Jane Doe" in

---

[4] U.S. District Court for the District of Alaska, Electronic Case Filing Guide, https://www.akd.uscourts.gov/sites/akd/files/ref_atty_electronicpolicy.pdf.

[5] *See* Rule 5 of the Federal Rules of Civil Procedure.

[6] Docket 4 at 1.

Case No. 3:25-cv-00261-SLG, *Doe v. Meink, et al.*
Order on Three Pending Motions
Page 3 of 7
Case 3:25-cv-00261-SLG   Document 8   Filed 01/05/26   Page 3 of 7

place of Plaintiff's identity, unless and until otherwise ordered.

This order does not prevent any party from seeking further protections or modification of this order. This order does not prevent a litigant from requesting from Plaintiff during the course of discovery relevant information that is linked or linkable to the true identity of Plaintiff, such as, but not limited to, any medical, educational, financial, employment, or other information. Relatedly, nothing in this order relieves Plaintiff of the obligation to produce any discoverable documents or information that Plaintiff would otherwise be required to produce in the normal course of discovery.

### III.     Motion for Extension of Time to Complete Service at Docket 6

Plaintiff, who resides in Germany, asserts that "[m]ail delays associated with the recent government shutdown caused significant delivery disruptions, and Plaintiff did not receive the mailed case-opening notification until nearly two months after filing." Pursuant to Rule 4(m), service is to be completed "within 90 days after the complaint is filed," or by December 29, 2025, in this case.[7] However, for good cause shown, Plaintiff's motion is GRANTED. The Court will extend that deadline for an additional **sixty (60) days to March 2, 2026**.

**IT IS THEREFORE ORDERED:**

1.     Plaintiff's motion at **Docket 3 is GRANTED in part.**

2.     Plaintiff's motion at **Docket 4 is GRANTED.**

---

[7] *See* Rule 4(m) of the Federal Rules of Civil Procedure.

3. Plaintiff's motion at **Docket 6 is GRANTED.**

4. Upon completion and submission to the Court of the Consent to Procedure for Electronic Filing document, Plaintiff may receive notices of electronic filings at bombeva@gmail.com.

5. Plaintiff may email documents for filing, including the Consent to Procedure for Electronic Filing document, to newcvcases@akd.uscourts.gov.

6. All documents emailed to the Court must be attached to the email in PDF format and may not exceed 25 pages. Documents that do not conform to these requirements or with the Federal Rules of Civil Procedure, the Alaska Local Civil Rules, and the Court's "Electronic Filing Procedures Guide" may not be docketed.

7. When an appearance has been entered by counsel for Defendant, the Court's NEF constitutes service of the filed document on all registered CM/ECF users in this case.

8. Parties who are not registered CM/ECF users and all self-represented parties must be served conventionally.

9. All litigants are responsible for keeping copies of everything filed with the Court. As a courtesy, the Clerk's Office will keep original filings from self-represented litigants, including exhibits, for 180 days from the date the document was filed. However, litigants should not send

important original documents or documents that cannot be replaced to the Court. If an original must be returned, a Motion for Return of Document should be filed as soon as possible.

10. Copies of documents filed with the Court may be obtained from the Clerk's Office for 50 cents per page.[8] Litigants and members of the public may also print information from the Court's docket using the public computer terminal located in the Clerk's Office for 10 cents per page. In the event of special circumstances or serious financial need, a litigant may file a motion asking for the copying costs to be waived or reduced.

11. At all times, all parties shall keep the Court informed of any change of address or phone number. Such notice shall be titled "Notice of Change of Address." The Notice shall contain only information about the change of address, and its effective date.[9] The Notice shall not include requests for any other relief. A Notice of Change of Address form, PS23, may be obtained from the Clerk of Court, if needed. If a plaintiff fails to keep a current address on file with the Court, that may result in a dismissal of the case without further notice.

---

[8] Alaska Local Civil Rule 79.2(b).

[9] *See* District of Alaska Local Civil Rule 11.1(b) (requiring a notice of change of address to be filed, as "[s]elf-represented parties must keep the court and other parties advised of the party's current address and telephone number").

12. All case-related inquiries should be directed to the Clerk's Office. It is not permissible to write, telephone, or otherwise try to directly communicate with the judge assigned to a case. Self-represented litigants may contact the Clerk's Office for questions regarding Court procedures or assistance accessing legal forms and resources. Please note that Clerk's Office staff are prohibited by law from providing legal advice.

13. Self-represented litigants are expected to review and comply with the Federal Rules of Civil Procedure, the Local Civil Rules, and all Court orders.[10] Failure to do so may result in the imposition of sanctions authorized by law, including dismissal of an action.

DATED this 5th day of January, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[10] Federal Rules of Civil Procedure: https://www.uscourts.gov/rules-policies/currentrules-practice-procedure/federal-rules-civil-procedure; Court's Local Rules: https://www.akd.uscourts.gov/court-info/local-rules-and-orders/local-rules.